NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mauricio Chamat, | No. CV-17-04294-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Inventure Foods Incorporated, *et al.*, | |
| Defendants. | |

Pursuant to this court's order of November 30, 2017 (Doc. 5),

IT IS ORDERED dismissing this action without prejudice under Rule 4(m), Fed. R. Civ. P.

Dated this 26th day of February, 2018.

Honorable John J. Tuchi
United States District Judge